UNITED STATES DISTRICT COURT
for the
District of
Division

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 16 2022

TONY R. MOORE, CLERK
BY: ___WA___
DEPUTY

Burnell LaFrance
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

St. Martin Truck Stop ¢ Casino
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 22-cv-1314
_____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Burnell LaFrance
   Street Address: 1210 Fulton St.
   City and County: New Iberia, Iberia
   State and Zip Code: Louisiana 70560
   Telephone Number: 337 706 2295
   E-mail Address: burnelllafrance09@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
  Name: St. Martin Truck Stop & Casino
  Job or Title (if known): Owner and Management
  Street Address: 1339 SE Evangeline Thruway
  City and County: Broussard
  State and Zip Code: Louisiana 70518
  Telephone Number: 337 364 8616
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* __Burnell LaFrance__, is a citizen of the State of *(name)* __Louisiana__.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, (name) St. Martin Truck Stop & Casino is incorporated under the laws of the State of (name) ____, and has its principal place of business in the State of (name) Louisiana.

Or is incorporated under the laws of (foreign nation) ____,

and has its principal place of business in (name) Broussard, Louisiana

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Feb. 27th 2022 Improperly And/or Incorrectly Trained PlanTiff resoulting in Wrongful Termination Retaliated because of Complaint made by Plantiff for hostile work environment

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff only did what the Plantiff was told to, 6 different work sites had Six or multiple rules which Varied none of which was in Writing At work site duties or Post Orders

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/16/2022

Signature of Plaintiff: Burnell LaFrance

Printed Name of Plaintiff: Burnell LaFrance

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

22-cv-1314

United States District Court Western District of Louisiana LaFayette Division

Burnell LaFrance
V/S
St. Martin Truck Stop & Casino

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 16 2022

TONY R. MOORE, CLERK
BY: _____
       DEPUTY

LaFrance ASK the Honorable United States District Court Western District Court of Louisiana LaFayette Division to Proceed Pro Se' in the Form of Purpus against St. Martin Truck Stop And Casino For Improperly And/or Incorrect

(1)

Training in which lead to A wrongful termination From An knowingly Already Hostile work environment. Multiple times A middle Age Caucasin who worked AS A contract worker with Southern Defense And Security AS well stop by with his parents he wasn't Fired or ASK to leave Petitioner Asked Management if we could stop by And Play and the Management Said yes.

②

Because One (1) the Plantiff is A contract Worker and Two (2) Petitioner/Plantiff does Not open the machine. Later After the termination Management of the St. Martin Truck Stop And Casino Said by Communicating over the phone she tought Petitioneer was Asking About Another Site And Said that the Southern Defense and Security Should have explained it better.

③

There for IF All Six sites has different rules and None or in the Duty or Post order books. It's obvious it wasn't Any Fault of A Subordinate worker who was told they could do something Observed other doing it, Ordered by management and staff to check the Bill collectors And/or to Play A Gaming device when A Customer Complains About

(4)

A glitch malfunctional freeze of said device is simply Entrapment for termination and then to instagate criminal trespassing charges on the Plantiff for again doing what Petitioner was told to or could. Note the same management would Always want to take photo's of the Plantiff stating "Smile". Knowing First hand of the hostile work environment, Had the Plantiff

(5)

Committed Any of the Work Place Infraction others have done Petitioner would have been terminated Also never the less closing Every Word is true and accurate LaFrance had to Stay in Guidlines of Not Trespassing to get answers of what Mangement At St. Martin Truck Stop Said First hand as well as what Southern Defense and Security did And didnot do Was So close to obstruction of Justice It was A delay in obtaining Justice

(6)

Committed Any of the Work Place InFraction others have done Petitioner Would of been terminated And never the less closing Every word is true and accurate LaFrance had to Stay in guidelines of Not trespassing to get Answers of what management At st.Truck Stop Said First hand. and what Southern Defense And Security did and didnt do was So close to obstruction of Justice, and it's True Justice is hard to obtain

(7)

In which LaFrance Humbly ASK the Honorable court to hear prayer of Petitioner

yours Truely
Burnell LaFrance
Burnell LaFrance
1210 Fulton St
New Iberia, LA
70560
SS# 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
(337) 706-2295

(End)